# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BACKHAUL AND TRACK LOGISTICS, INC., DOING BUSINESS AS BAT LOGISTICS<br>20 Arena Way, STE 2<br>Council Bluffs, Iowa 51501<br><br>        Plaintiff,<br><br>v.<br><br>BAT LOGISTICS, LLC<br>2500 N. 72nd Ct., Unit 2E<br>Elmwood Park, Illinois 60707,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO.<br><br>JUDGE:<br><br>**JURY TRIAL DEMANDED** |

## L.R. 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Plaintiff, Backhaul and Track Logistics, Inc., doing business as BAT Logistics, states that it has no parent corporations and that no publicly held company owns 5% or more of its stock.

Dated: September 26, 2022

Respectfully submitted,

 /s/ Simeon G. Papacostas

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

| | |
|---|---|
| Simeon G. Papacostas (IL Bar No. 6319954)<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192<br>E-Mail: spapacostas@beneschlaw.com | Mark E. Avsec (Ohio Bar No. 0064472)<br>Eric L. Zalud (Ohio Bar No. 0038959)<br>200 Public Square<br>Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: (216) 363-4500<br>Facsimile: (216) 363-4588<br>E-Mail: mavsec@beneschlaw.com<br>       ezalud@beneschlaw.com |